IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GERALD DUANE THOMAS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. A-11-CA-119-LY |
| STUART PETREE | § | |
| DEFENDANT. | § | |

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment-Default Judgment filed March 14, 2011 (Doc. #8) is **REFERRED** to United States Magistrate Robert Pitman for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this 31st day of March, 2011.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE